**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Son Nguyen

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-08-389 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING STATUS |
| vs. | Date: February 18, 2011<br>Time: 9:00 AM<br>Court: GEB |
| SON NGUYEN, | |
| Defendant | |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that status conference in the above referenced matter (as to Son Nguyen only) be continued to February 18, 2011 at 9:00 AM.

The basis for this request is that in this matter and a second matter involving the same defendant (Case No. Cr.S. 08-390 GEB) a preliminary PSR has been requested and just received. In light of the information submitted therein, the parties are

-1-

working toward plea resolution. It is hoped and anticipated that such resolution will come about by the proposed February 18, 2011 date.

IT IS FURTHER STIPULATED that the period from January 7, 2011, (the date set for the current status conference) through and including February 18, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: January 4, 2011,                    Respectfully submitted

                                           /S/MICHAEL  B. BIGELOW
                                           Michael B. Bigelow
                                           Attorney for Son Nguyen

**IT IS SO STIPULATED**

/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,                    Dated: January 4, 2011
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW, Esq.,               Dated: January 4, 2011
Michael B. Bigelow
Attorney for Defendant
Son Nguyen

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until February 18, 2011 at 9:00 **AM**, and time excluded for the reasons set forth above.
1/5/11

_____
GARLAND E. BURRELL, JR.
United States District Judge