**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Son Nguyen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>SON NGUYEN,<br><br>         Defendant | Case No. Cr.S-08-389 GEB<br>Case No. Cr.S-08-390 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS<br><br>Date: April 1, 2011<br>Time: 9:00 AM<br>Court: GEB |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that status conference in the above referenced matter (as to Son Nguyen only) be continued to April 1, 2011 at 9:00 AM.

The basis for this request is that in these matters above referenced a preliminary PSR regarding Criminal History has been requested and the amended version has been received. In light of the information submitted therein, the parties are working

-1-

toward plea resolution. However, clarification relative to the conclusion of defendant's parole needs to be clarified. It is hoped and anticipated that such resolution will come about by the proposed April 1, 2011, date.

    IT IS FURTHER STIPULATED that the period from March 18 2011, (the date set for the current status conference) through and including April 1, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: March 17, 2011,                    Respectfully submitted

                                              /S/MICHAEL  B. BIGELOW
                                              Michael B. Bigelow
                                              Attorney for Son Nguyen

**IT IS SO STIPULATED**

/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,                  Dated: March 17, 2011
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW, Esq.,         Dated: March 17, 2011
Michael B. Bigelow
Attorney for Defendant
Son Nguyen

**ORDER (PROPOSED)**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until April 1, 2011 at 9:00 AM, and time excluded for the reasons set forth above.

**Date:** <u>3/21/2011</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-