1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            No.  2:08-cr-0389 GEB AC

12              Plaintiff,               No.  2:08-cr-0390 GEB AC

13        v.                             ORDER

14   SON NGUYEN,

15              Defendant.

16

17        Defendant Son Nguyen has filed a motion for the return of property.  ECF No. 226.

18   Defendant seeks the return to his father of a vehicle allegedly seized without a warrant by DEA

19   agents on August 14, 2008.  Defendant seeks return of the vehicle pursuant to Fed. R. Crim. P.

20   41(g), which does not apply where property has been forfeited to the government.  See United

21   States v. Fitzen, 80 F.3d 387, 388 (9th Cir.1996).  Defendant also contends that his father is

22   entitled to return of the vehicle under 18 U.S.C. § 983(d)(1), which provides an innocent owner

23   defense to civil forfeiture.

24        The United States is HEREBY ORDERED to respond to defendant's motion within thirty

25   days.  Plaintiff's response should, inter alia, inform the court of the status of the vehicle at issue.

26   DATED: December 22, 2014

27   _____
     ALLISON CLAIRE

28   UNITED STATES MAGISTRATE JUDGE