1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      UNITED STATES OF AMERICA,                    No.  2:08-cr-0389 GEB AC

12                  Plaintiff,                        No.  2:08-cr-0390 GEB AC

13           v.                                       ORDER

14      SON NGUYEN,

15                  Defendant.

16

17           The United States has filed a Motion to Dismiss Defendant's Motion for Return of

18      Property.  ECF No. 233.  Defendant is HEREBY ORDERED to file his opposition to this motion,

19      if any, no later than 28 days from the date of this order.  Plaintiff may file an optional reply within

20      7 days of service of the opposition.

21      DATED: January 28, 2015

22      _____
        ALLISON CLAIRE
23      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28