PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>SON NGUYEN,<br><br>　　　　　　Defendant/Movant. | CASE NO. 2:08-CR-00389-TLN-AC<br><br>ORDER GRANTING<br>EXTENSION OF TIME |

On March 8, 2021, Respondent requested a 22-day extension of time to file its response or opposition to Defendant Nguyen's *pro se* Motion for Compassionate Release. Docket No. 261.

IT IS HEREBY ORDERED, that Respondent's request for a 22-day extension is granted. The response is now due March 31, 2021.

Dated: March 9, 2021

_____
Troy L. Nunley
United States District Judge

ORDER